*E-FILED 06-28-2010*

**BRAMSON, PLUTZIK, MAHLER & BIRKHAUSER, LLP**
Alan R. Pluzik (SBN 77785)
Michael S. Strimiling (SBN 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Tel: (925) 945-0200
Fax: (925) 945-8792

**LEVI & KORSINSKY, LLP**
Joseph Levi, Esq.
Juan E. Monteverde, Esq.
30 Broad Street, 15th Floor
New York, New York 10004
Tel: 212-363-7500
Fax: 212-363-7171

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SETTLES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN SPRINGSTEEL, DAVID SPRINGETT, WILLIAM RADUCHEL, ALLEN SWANN, CHARLES HOFFMAN, RICHARD STEVENS, DANIEL GAUDREAU, CHORDIANT SOFTWARE, INC., PEGASYSTEMS INC., and MAPLE LEAF ACQUISITION CORP.,<br><br>Defendants. | Case No.: C10-01559<br><br>**STIPULATION TO STAY ACTION AND [PROPOSED] ORDER** |

WHEREAS, Plaintiff Larry Settles ("Plaintiff") a shareholder of Chordiant Software, Inc. ("Chordiant") filed the above-captioned putative shareholder class action lawsuit on April 12, 2010 (the "Action");

WHEREAS, between March 16, 2010 and March 22, 2010, other putative shareholders of Chordiant filed other lawsuits in the Santa Clara Superior Court arising out of the same transaction and seeking similar relief as this Action (the "State Action");

WHEREAS, the Case Management Conference in this Action is currently set for July 6, 2010 at 1:30 p.m. and the parties consent to have the Action assigned to Magistrate Judge Howard R. Lloyd;

WHEREAS, the parties have reached an agreement to settle the State Action and this Action and are in the process of preparing formal settlement documents to submit for approval in the Santa Clara County Superior Court;

WHEREAS, the parties have agreed that if the Santa Clara County Superior Court approves the settlement the Action will be moot and Plaintiff will seek a dismissal of the Action;

WHEREAS, the parties agree that, in light of the settlement, all further proceedings in the Action should be stayed while the parties complete the settlement documentation and present the settlement to the Santa Clara County Superior Court for its approval, and defendants should not be required to answer or otherwise respond to the Class Action Complaint;

NOW THEREFORE, the parties agree, by and through their counsel of record, and subject to the approval of the Court, that:

1. All proceedings, obligations, filings, and/or deadlines in this Action shall be stayed, pending further order of the Court;

2. The stay is without prejudice to the rights, claims or defenses of any party.

DATED: June 23, 2010

BRAMSON, PLUTZIK, MAHLER
& BIRKHAUSER, LLP


By: _____
Alan R. Pluzik (SBN 77785)
Michael S. Strimling (SBN 96135)

2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Tel: (925) 945-0200
Fax: (925) 945-8792

**LEVI & KORSINSKY, LLP**
Joseph Levi (to be admitted *pro hac vice*)
Juan E. Monteverde (to be admitted *pro hac vice*)
30 Broad Street, 15th Floor
New York, NY 10004
Tel: 212-363-7500
Fax: 212-363-7171
Attorneys for Plaintiff
LARRY SETTLES

COOLEY GODWARD KRONISH LLP


By: _____
Christopher J. Sundermeier
John C. Dwyer

Attorneys for Defendants
CHORDIANT SOFTWARE, INC.,
STEVEN R. SPRINGSTEEL, DAVID R. SPRINGETT,
PH.D., DAN GAUDREAU, CHARLES HOFFMAN,
WILLIAM RADUCHEL, PH.D., RICHARD STEVENS,
ALLEN SWANN and PETER NORMAN

- 3 -
STIPULATION TO STAY

| | |
|---|---|
| 1 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | |
| 3 | By: _____ |
| | Steven M. Schatz |
| 4 | David Berger |
| 5 | Attorneys for Defendant |
| | PEGASYSTEMS, INC. AND MAPLE LEAF |
| 6 | ACQUISITION CORP |

1  
2  
3  
4  
5  
6  
7  
8  **IT IS SO ORDERED.**
9  
10  _____
    Magistrate Judge Howard R. Lloyd

- 4 -
STIPULATION TO STAY

**Attestation Pursuant To General Order 45**

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 23rd day of June, 2010 at Walnut Creek, California.

/s/ Alan R. Plutzik