*E-FILED 12-01-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY SETTLES, | No. C10-01559 HRL |
| Plaintiff, | **ORDER ADMINISTRATIVELY CLOSING CASE** |
| v. | |
| STEVEN SPRINGSTEEL; DAVID SPRINGETT; WILLIAM RADUCHEL; ALLEN SWANN; CHARLES HOFFMAN; RICHARD STEVENS; DANIEL GAUDREAU; CHORDIANT SOFTWARE, INC.; PEGASYSTEMS, INC.; and MAPLE LEAF ACQUISITION CORP., | |
| Defendants. | |

On June 28, 2010, this matter was stayed, pursuant to the stipulation of the parties, while they finalized the settlement of this matter and an action pending in the Santa Clara County Superior Court. The parties having failed to respond to the court's November 18, 2011 order for a status report, the court finds no need to keep this matter on its docket of active litigation. Accordingly, the Clerk of the Court shall administratively close this case. Any party may file a motion to reopen this matter should a change in circumstances warrant it.

SO ORDERED.

Dated: December 1, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-01559-HRL Notice has been electronically mailed to:

Alan R Plutzik     aplutzik@bramsonplutzik.com, ptoovey@bramsonplutzik.com

Alan Roth Plutzik     aplutzik@bramsonplutzik.com

Michael Stuart Strimling     mstrimling@bramsonplutzik.com, ptoovey@bramsonplutzik.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.